# United States Bankruptcy Court
# Central District of California

In re:
Miriam Claudia Munoz
aka Miriam Claudia Santacruz

CHAPTER NO.: 13

CASE NO.: 1:17–bk–12732

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☒ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and FRBP 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
☒ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]
☒ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)
☒ Verification of Master Mailing List of Creditors [LBR 1007–1(a)] (LBR Form F1007–1)

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

    Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

    21041 Burbank Blvd, Woodland Hills, CA 91367–6603

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: October 11, 2017

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form ccdn – Rev 12/2015)    **1 / LFG**